UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:15-00037 |
| | ) | JUDGE CAMPBELL |
| FRANK JEFFREY KELLY, JR. | ) | |

ORDER

Pending before the Court is the Defendant's Motion To Continue Trial Date And Filing Deadlines (Docket No. 275). By Order entered July 20, 2015 (Docket No. 274), the Court continued the trial in this case to January 5, 2016. Accordingly, the Motion To Continue (Docket No. 275) is DENIED as moot.

It is so ORDERED.

                                                                                                                                                  _____
                                                                                                                                                 TODD J. CAMPBELL
                                                                                                                                                 UNITED STATES DISTRICT JUDGE